■ SATTERLEE AND STEPHENS, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents. — Order, State Human Rights Appeal Board, dated July 2, 1980, unanimously confirmed, and the cross motion for an order of enforcement granted, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Lupiano, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH CENDER, Appellant, v COMMISSIONER OF THE DEPARTMENT OF CORRECTION, Respondent. — Judgment, Supreme Court, New York County, entered on July 28, 1978, unanimously affirmed, without costs and without disbursements. (See *People v Cender,* 68 AD2d 1021, mot for lv to app den 52 NY2d 1075.) No opinion. Concur — Birns, J. P., Markewich, Lupiano, Silverman and Bloom, JJ.

■ In the Matter of SUSAN BRENNER, Respondent, v WILLIAM A. BRENNER, Appellant. — Order, Family Court, New York County, entered on April 4, 1979, unanimously affirmed, without costs and without disbursements. Appeal from order of said court entered on June 22, 1979 dismissed as abandoned, without costs and without disbursements. The purported appeals from the orders entered on June 29, 1979 and August 15, 1979 are dismissed as no notices of appeal were filed therefrom. No opinion. Concur — Birns, J. P., Sandler, Silverman and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABRAHAM CARNGBE, Appellant. — Judgment, Supreme Court, Bronx County, rendered on May 3, 1979, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Birns, Sandler, Silverman and Fein, JJ.

■ In the Matter of LYNN T. SCHARLACH, Appellant, v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Respondents. — Judgment, Supreme Court, New York County, entered on October 17, 1979, unanimously affirmed, without costs and without disbursements. The appeal from the order entered on October 1, 1979 is dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Markewich, Lupiano, Silverman and Bloom, JJ.